```
                                              FILED
                                              June 27, 2008
UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
EASTERN DISTRICT OF CALIFORNIA                CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )
                               )   Case No. MAG. 08-0217 KJM
           Plaintiff,          )
v.                             )   ORDER FOR RELEASE OF
                               )   PERSON IN CUSTODY
LYDIA ANG ,                    )
                               )
           Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __LYDIA ANG__ , Case No. __MAG. 08-0217 KJM__ , Charge __Title 18 USC §§ 1341; 1957__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __   Release on Personal Recognizance

    __  __   Bail Posted in the Sum of $_____

    __X__   Unsecured Appearance Bond —$50,000

    __  __   Appearance Bond with 10% Deposit

    __  __   Appearance Bond with Surety

    __  __   Corporate Surety Bail Bond

    __X__   (Other)   PTS Conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __June 27, 2008__ at __2:50__ pm .

By _____
Kimberly J. Mueller
United States Magistrate Judge